UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22528-CIV-UNGARO

GUY COHEN,

        Petitioner,

v.

ALBERTO R. GONZALEZ, et al.,

        Defendants.

_____/

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Application of Claudia Del Castillo, Esq., to Appear Pro Hac Vice, filed November 19, 2007. (D.E. 8.)

THE COURT has considered the application and the pertinent portions of the record and is otherwise fully advised in the premises.

Rule 4A of the Special Rules Governing the Admission and Practice of Attorneys for the Southern District of Florida provides that attorneys residing and practicing within this District are expected to be members of the bar of this Court. Claudia Del Castillo, Esq., represents in her motion that she practices in Miami, Florida, and is a member in good standing of the Florida Bar. Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Appear Pro Hac Vice is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of November, 2007.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record